**GARY BRICKWOOD, State Bar No. 94892**
**BRICKWOOD LAW OFFICE**
1135 Pine Street, Suite 210
Redding, CA 96001
TEL: (530) 245-1875
FAX: (530) 245-1879

Attorneys for Defendants
ANDREA L. SILVER MERRILL and RICHARD WALTON MERRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREA L. SILVER aka ANDREA L. SILVER MERRILL, SUCCESSOR TRUSTEE of the LUCILLE F. MORGAN IRREVOCABLE LIVING TRUST NUMBER TWO; RICHARD WALTON MERRILL,<br><br>　　　　Defendants. | Case No.: 2:16-cv-01767-TLN-CMK<br><br>**ORDER RE: STIPULATION FOR DEFENDANTS TO AMEND ANSWER TO ADD CROSS-CLAIMS** |

　　　The Court having considered the stipulation submitted by counsel for Plaintiff and counsel for Defendants GRANTS the stipulation.

　　　Defendants may amend the Answer and file it with the Court within ten (10) days of this Order.

　　　　　　IT IS SO ORDERED:

Dated: April 7, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge