Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244
Email:  usdceast@hubslaw.com

Attorneys for Plaintiff Dimas O'Campo

Gary C. Brickwood, SBN 94892
**Brickwood Law Office**
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone: (530) 245-1877
Facsimile: (530) 245-1879
Email: office@brickwoodlaw.com

Attorneys for Defendants and Cross-Claimants
Andrea L. Silver aka Andrea L. Silver,
Successor Trustee of the Lucille F. Morgan Irrevocable Living
Trust Number Two and Richard Walton Merrill

Colin P. Calvert, SBN 275195
**Fisher & Phillips LLP**
2050 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 798-2160
Facsimile: (949) 851-0152
Email: ccalvert@fisherphillips.com

Attorneys for Cross-Defendant C&K Markets, Inc.
dba Ray's Food Place

United States District Court
Eastern District Of California

| | |
|---|---|
| Dimas O'Campo, | Case No. 2:16-cv-01767-TLN-CMK |
| Plaintiff, | |
| v. | **Fourth Updated Joint Status Report Re: Settlement** |
| Andrea L. Silver Aka Andrea L. Silver Merrill, Successor Trustee Of The Lucille F. Morgan Irrevocable Living Trust Number Two; Richard Walton Merrill, | |
| Defendants. | Judge Troy L. Nunley |
| Andrea L. Silver Aka Andrea L. Silver Merrill, Successor Trustee Of The Lucille F. Morgan Irrevocable Living Trust Number Two; Richard Walton Merrill, | |
| Cross-Claimants, | |
| v. | |
| C&K Markets, Inc., dba Ray's Food Place; and Roes 1 through 10, | |
| Cross-Defendants. | |

1. Pursuant to Judge Troy L. Nunley's Minute Order of August 18, 2017 (Docket No. 22), Plaintiff Dimas O'Campo ("Plaintiff"), Defendants and Cross-Claimants Andrea L. Silver aka Andrea L. Silver, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two and Richard Walton Merrill ("Cross-Claimants"), and Cross-Defendant C&K Markets, Inc. ("Cross-Defendant") (collectively, "Defendants") (collectively, "the Parties") hereby file this Fourth Updated Joint Status Report Re: Settlement.

   1. On May 11, 2017, Cross-Defendant was served but has not filed its answer. Defendants and Cross-Claimants Silver and Merrill initially allowed Cross-Defendants an extension of time to answer the Cross-Claim in the expectation that a settlement could be reached between Cross-Defendants and the Plaintiffs. As between Defendants and Cross-Defendants, responsibility for this ADA case under a long-term lease rests with Cross-Defendants. The negotiations that are referenced in this Joint Status Report have been conducted between Plaintiffs and Cross-Defendants. Cross-Claimants ask that the Court continue to allow Cross-Claimants to extend the time for Cross-Defendants to answer the Cross-Claim in the expectation that funds can be used for settlement rather than to file an answer to the Cross-Claim and proceed with the litigation. In the event the Court feels that a response to the Cross-Claim from Cross-Defendants is necessary at this time, Cross-Claimants request an additional period of time to demand an answer from Cross-Defendants and/or request entry of default.

   2. On October 31, 2017, the Parties had a telephone conference to discuss settlement. During the conference the Parties discussed the scope of injunctive and statutory (monetary) relief that Plaintiff seeks. Plaintiff's counsel also discussed potential tax incentives that may be available to defendants for accessibility-related construction expenditures.

///

3.       Following the telephonic conference, the Parties have continued to discuss injunctive and statutory relief and have exchanged offers and counter-offers. Although the Parties have not yet come to an agreement on the monetary aspects of Plaintiff's claims, they have made significant progress and are now much closer than previously. In addition, it appears that the Parties are in agreement as to the scope of injunctive relief and the time necessary to make the requisite repairs.  Plaintiff's counsel provided Defendants' counsel with the applicable tax code provisions which provide for certain tax credits and/or deductions for accessibility-related construction.

4.       Based upon this progress, the Parties intend to continue these good faith negotiations in an effort to bridge the gap between them. Accordingly, the Parties remain hopeful that they will reach a mutual agreeable resolution of this matter.

Dated: November 15, 2017               Disabled Advocacy Group, APLC


                                       */s/*Scottlynn J Hubbard
                                       Scottlynn J Hubbard
                                       Attorneys for Plaintiff Dimas O'Campo


Dated: November 15, 2017               Brickwood Law Office



                                       */s/*Gary C. Brickwood
                                       Gary C. Brickwood
                                       Attorneys for Defendants and Cross-Claimants Richard Walton Merrill and Andrea L. Silver aka Andrea L. Silver, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two

Dated: November 15, 2017 	Fisher & Phillips LLP

                                  */s/*Colin P. Calvert
                                  Colin P. Calvert
                                  Attorneys for Cross-Defendant C&K Markets, Inc. dba Ray's Food Place