COLIN P. CALVERT, SBN 275195
E-Mail  ccalvert@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Cross-Defendant
C and K Markets, Inc., dba Ray's Food Place

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| Dimas O'Campo,<br><br>                         Plaintiff,<br><br>        v.<br><br>Andrea L. Silver, et al.<br><br>                         Defendants.<br>_____<br>And Cross-Claim Cases | Case No:  2:16-cv-01767-TLN-CMK<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE UNITED STATES DISTRICT COURT, ALL PARTIES AND THEIR COUNSEL:

///
///
///
///
///
///
///
///

1

NOTICE OF APPEARANCE OF COUNSEL

FPDOCS 34314256.1

1    The filing of this form constitutes the first appearance in this case of the

2 attorney listed above.  No other members of this firm have previously appeared in

3 this case.

4    I request the Clerk update the docket as indicated above.

5

6 Dated:  July 20, 2018                    Respectfully submitted,

7                                          FISHER & PHILLIPS LLP

8

9                              By:
                                          COLIN P. CALVERT
10                                         Attorneys for Cross-Defendant
                                          C and K Markets, Inc., dba Ray's Food
11                                         Place

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL

FPDOCS 34314256.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On July 20, 2018 I served the foregoing document entitled NOTICE OF APPEARANCE OF COUNSEL on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). *The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration and/or no error was reported by the machine.*

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Legal Solution Attorney Services LLC, whose business address is 404 W. 4th Street, Suite B, Santa Ana, CA 92701.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 20, 2018, at Irvine, California.

Jill McIntee                              By: _____
_____
          Print Name                                         Signature

FPDOCS 34314256.1

1
2

*Dimas O'Campo v. Andrea L. Silver, et al.*
*Case No. 2:16-cv-01767-TLN-CMK*
*Service List*

3

4
5

Scottlynn J. Hubbard, IV
Disabled Advocacy Group, APLCS
12 Williamsburg Lane
Chico, CA 95926

Attorneys for Plaintiff
Dimas O'Campo

6
7

Tel: 530-895-8244
Email: usdceast@hubslaw.com

8
9
10

Gary Charles Brickwood, Esq.
Brickwood Law Office
1135 Pine Street, Suite 210
Redding, CA 96001
Tel: (530) 245-1879
Email: office@brickwoodlaw.com

Attorneys for Defendant and Cross-Claimant Andrea L. Silver, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two also known as Andrea L. Silver Merrill

11
12
13
14

Gary Charles Brickwood, Esq.
Brickwood Law Office
1135 Pine Street, Suite 210
Redding, CA 96001
Tel: (530) 245-1879
Email: office@brickwoodlaw.com

Attorneys for Defendant and Cross-Claimant Richard Walton Merrill

15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

CERTIFICATE OF SERVICE

FPDOCS 34314256.1