# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**DIMAS O'CAMPO**                              CASE:  **2:16–CV–01767–TLN–DMC**

                vs.

**ANDREA L. SILVER, ET AL.**                **ORDER OF REASSIGNMENT**

_____  /

        The court, having considered the appointment of Magistrate Judge Dennis M. Cota

finds the necessity for reassignment of the above captioned case, and for notice to be given

to the affected parties.

        IT IS THEREFORE ORDERED that:

        The above captioned case shall be and is hereby **REASSIGNED** from

**Magistrate Judge Craig M. Kellison** to **Magistrate Judge Dennis M. Cota** for all

further proceedings.  The new case number for this action, which must be used on all documents

filed with the court, is:                **2:16–CV–01767–TLN–DMC**

        All dates currently set in this reassigned action shall remain effective subject to further

order of the court.

        DATED:    September 4, 2018

                                                          _____

                                                          **LAWRENCE J. O'NEILL**, CHIEF
                                                          U.S. DISTRICT COURT JUDGE