Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff Dimas O'Campo

United States District Court
Eastern District of California

| | |
|---|---|
| Dimas O'Campo,<br><br>　　　Plaintiff,<br><br>v.<br><br><br>Andrea L. Silver aka Andrea L. Silver Merrill, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two, et al<br><br>　　　Defendants. | Case No. 2:16-cv-01767-TLN-DMC<br><br><br>**Stipulation for Dismissal** |

*O'Campo v. Silver, et al*　　　　　　　　　　　　　　　　　　　　Case No. 2:16-cv-01767-TLN-DMC
Stipulation for Dismissal and [Proposed] Order
Page 1

TO THE COURT AND ALL PARTIES:

    IT IS HEREBY JOINTLY REQUESTED, by plaintiff Dimas O'Campo; and, defendants Andrea L. Silver aka Andrea L. Silver Merrill, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two and Richard Walton Merrill that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action. Each side shall bear their own attorneys' fees and costs.

Dated: November 14, 2018    DISABLED ADVOCACY GROUP, APLC

    */s/ Scottlynn J Hubbard*
Scottlynn J Hubbard
Attorneys for Plaintiff Dimas O'Campo

Dated: November 19, 2018    BRICKWOOD LAW OFFICE

    */s/ Gary Brickwood*
Gary Brickwood
Attorneys for Defendants Andrea L. Silver aka Andrea L. Silver Merrill, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two and Richard Walton Merrill

*O'Campo v. Silver, et al*    Case No. 2:16-cv-01767-TLN-DMC
Stipulation for Dismissal and [Proposed] Order
Page 2

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:16-cv-01767-TLN-DMC is hereby dismissed with prejudice. Each side shall bear their own attorneys' fees and costs.

Dated: _____          _____
                                U.S. District Troy L. Nunley

*O'Campo v. Silver, et al*                                Case No. 2:16-cv-01767-TLN-DMC
Stipulation for Dismissal and [Proposed] Order
Page 3